IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| EDWARD L. VAUGHN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO. 3:13cv589-HEH |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

## FINAL ORDER
(Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on September 3, 2014 (ECF No. 17). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 17) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 11) is GRANTED.

(3) Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.

(4) The decision of the Commissioner is REVERSED and REMANDED for further proceedings in accordance with the R&R.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: Sept. 18, 2014

/s/
Henry E. Hudson
United States District Judge