

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDWARD L. VAUGHAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security Administration, )<br>)<br>Defendant. ) | Civil Action No. 3:13cv589–HEH |

## ORDER

THIS MATTER is before the Court on Plaintiff's Petition for Award of Attorney's Fees under the Equal Access to Justice Act (ECF No. 19), the Magistrate Judge's Report and Recommendation Regarding Plaintiff's Petition for Attorney's Fees (ECF No. 23), and Plaintiff's objection thereto (ECF No. 24). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's objection is OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Plaintiff's Petition for Award of Attorney's Fees under the Equal Access to Justice Act is hereby DENIED.

The Clerk is DIRECTED to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

Date: March 25 2015
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge